**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiffs*
Omar Martinez Vasquez

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OMAR MARTINEZ VASQUEZ,** | **Case No.: 21-cv-935-JGB-SHK** |
| **Plaintiff,** | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT FORD MOTOR CREDIT COMPANY LLC** |
| **v.** | |
| **FORD MOTOR CREDIT COMPANY LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendants.** | |

///
///
///
///
///
///
///
///
///
///

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102

Plaintiff OMAR MARTINEZ VASQUEZ ("PLAINTIFF") hereby notifies the Court that he and Defendant FORD MOTOR CREDIT COMPANY LLC ("FORD") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. As FORD has not filed an answer or a motion for summary judgment in this action, PLAINTIFF anticipates filing a voluntary dismissal (with prejudice), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with respect to FORD.

Plaintiff requests that all pending dates and filing requirements pertaining to FORD be vacated and that the Court set a deadline on or after October 12, 2021 for filing a Notice of Voluntary Dismissal as to FORD.

Respectfully submitted,

Dated: August 16, 2021                    C.O. LAW, APC

                                          By: /s/ Clark Ovruchesky
                                              CLARK OVRUCHESKY, ESQ.
                                              ATTORNEY FOR PLAINTIFF

<u>PROOF OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On August 16, 2021, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT FORD MOTOR CREDIT COMPANY LLC**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 16, 2021, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF